AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| INVENSAS CORPORATION | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 2:17-cv-670 |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAMSUNG ELECTRONICS AMERICA, INC.
The Corporation Trust Company
Corporation Trust Center
111 Eighth Avenue
New York, NY 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Matthew J. Moore
LATHAM&WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  9/29/17                                                                                     *David A. O'Toole*
                                                                                                          *Signature of Clerk or Deputy Clerk*

Attorney: WARD, SMITH & HILL, PLLC

| | |
|---|---|
| INVENSAS CORPORATION<br><br>- against -<br><br>SAMSUNG ELECTRONICS CO., LTD., ETANO | Plaintiff(s)<br><br>Index # 17 CV 670<br><br>Purchased September 29, 2017<br>File # 150 (CC)<br>Defendant(s)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 3, 2017 at 02:32 PM at

C/O THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
111 EIGHTH AVENUE, 13TH FL
NEW YORK, NY 10011

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET on SAMSUNG ELECTRONICS AMERICA, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to NORA DIDYNAL, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, CIVIL COVER SHEET as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 40 | 5'4 | 140 |

BY SERVING SAME ON IT'S AUTHORIZED AGENT

Sworn to me on: October 4, 2017

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **CHRISTOPHER J. KLEIN** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 681088 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045