IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INVENSAS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2:17-cv-670-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO EXTEND DEADLINES FOR REBUTTAL EXPERT REPORTS**

    Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") and Plaintiff Invensas Corp. ("Invensas"), file this joint motion and respectfully request extension of the current October 26 deadline in the Sixth Amended Docket Control Order (D.I. 194) for the parties to serve rebuttal expert reports on infringement and invalidity issues. The parties make this joint request in light of the Court's claim construction order (D.I. 193) that issued on October 26, several hours before the deadline for the parties' rebuttal reports. The parties would like additional time to consider the impact of the Court's constructions on their positions on infringement and invalidity issues and to revise their rebuttal expert reports accordingly. The parties currently plan to hold a meet and confer on Monday, October 29, 2018, to discuss the appropriate length for an extension to serve rebuttal expert reports on infringement and invalidity in light of the Court's claim construction order. The parties expect to then file a proposed amendment to the current docket control order.

    A proposed order granting the relief requested is attached.

1

Dated:  October 26, 2018                              Respectfully submitted,

*/s/ Clement J. Naples w permission Andrea Fair*

Clement J. Naples
New York Bar No. 4217717
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Tel.: (212) 906-1200
Fax: (212) 751-4864
Clement.Naples@lw.com

Matthew J. Moore
DC Bar No. 453773
Lawrence J. Gotts
DC Bar No. 417219
Alan M. Billharz
DC Bar No. 1034089
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
Matthew.Moore@lw.com
Lawrence.Gotts@lw.com
Alan.Billharz@lw.com

Joseph H. Lee
California Bar No. 248046
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: 714-540-1235
Fax: 714-755-8290
Joseph.Lee@lw.com

Amit Makker
California Bar No. 280747
Brian W. Lewis
California Bar No. 290727
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-391-0600
Fax: 415-395-8095
Amit.Makker@lw.com

Brian.W.Lewis@lw.com

T. John Ward
Texas State Bar No. 20848000
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
tjw@wsfirm.com
claire@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff Invensas Corporation*


 /s/ *Ryan Yagura w permission Andrea Fair*___
Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Brian M. Berliner (Cal. Bar No. 156732)
bberliner@omm.com
Anthony G. Beasley (Tex. Bar No. 24093882)
tbeasley@omm.com
Xin-Yi Zhou (Cal. Bar No. 251969)
vzhou@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000

Darin W. Snyder (Cal. Bar No. 136003)
dsnyder@omm.com
Mark Liang (Cal. Bar No. 278487)
mliang@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700

D. Sean Trainor (D.C. Bar No. 463514)
dstrainor@omm.com
Mishima Alam (D.C. Bar No. 1027654)
malam@omm.com

3

**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC 20037
Telephone: 202-383-5300

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this 26th day of October, 2018.

                                              */s/ Andrea Fair*
                                               Andrea Fair